Decided November 20, 1996

KAREN A. GRIMES *v.* CONSERVATION COMMISSION OF THE TOWN OF LITCHFIELD

The petition by the defendant for certification for appeal from the Appellate Court, 43 Conn. App. 227 (AC 14698), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff was deprived of due process of law by the conduct of the conservation commission regarding its September 14, 1993 site visit?"

The Supreme Court docket number is SC 15573.

*Gail E. McTaggart*, in support of the petition.

*William C. Franklin*, in opposition.

Decided November 20, 1996